CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff, CHRIS LANGER

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNLIMITED, LIMITED LIABILTY COMPANY, a California Limited Liability Company;<br>JOHN O'GROATS, INC., a California Corporation; and Does 1-10,<br><br>　　　　Defendants, | Case No.: 2:19-CV-05418-DSF-KS<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |

　　The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and to further the interests of judicial economy.

　　The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days.

　　　　　　　　　　　　　　　　CENTER FOR DISABILITY ACCESS

Dated: September 09, 2019　　/s/ Amanda Lockhart Seabock
　　　　　　　　　　　　　　　　Amanda Lockhart Seabock
　　　　　　　　　　　　　　　　Attorney for Plaintiff