1  CENTER FOR DISABILITY ACCESS
   Raymond Ballister Jr., Esq., SBN 111282
2  Phyl Grace, Esq., SBN 171771
3  Russell Handy, Esq., SBN 195058
   Dennis Price, Esq., SBN 279082
4  8033 Linda Vista Road, Suite 200
   San Diego, CA 92111
5  (858) 375-7385; (888) 422-5191 fax
6
   Attorneys for Plaintiff
7
8  SHEPPARD, MULLIN, RICHTER AND HAMPTON LLC
   James M Burgess, Esq., SBN 151018
9  1901 Avenue of the Stars, Suite 1600
   Los Angeles, California 90017-7600
10 Telephone: (310)228-3700
   Facsimile: (310)228-3701
11
12 Attorneys for Defendants
   Unlimited, Limited Liability Company and
13 John O'Groats, Inc.
14
15                    UNITED STATES DISTRICT COURT
                      CENTRAL DISTRICT OF CALIFORNIA
16
17 CHRIS LANGER,                        ) Case No.: 2:19-CV-05418-DSF-KS
18        Plaintiff,                    )
   v.                                   ) **JOINT STIPULATION FOR**
19                                      ) **DISMISSAL PURSUANT TO**
   UNLIMITED, LIMITED LIABILTY          ) **F.R.C.P. 41 (a)(1)(A)(ii)**
20 COMPANY, a California Limited Liability )
   Company;                             )
21 JOHN O'GROATS, INC., a California    )
   Corporation; and Does 1-10,          )
22                                      )
          Defendants.                   )
23
24
25
26
27
28

Joint Stipulation                    -1-                    2:19-CV-05418-DSF-KS

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action shall be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: October 16, 2019     CENTER FOR DISABILITY ACCESS

                            By:   /s/ Amanda Lockhart Seabock
                                  Amanda Lockhart Seabock
                                  Attorneys for Plaintiff

Dated: October 16, 2019     SHEPPARD MULLIN RICHTER AND HAMPTON LLC

                            By:   /s/ Jame M. Burgess
                                  James M Burgess
                                  Attorneys for Defendants
                                  Unlimited, Limited Liability Company
                                  and John O'Groats, Inc.

### **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to James M Burgess, counsel for Unlimited, Limited Liability Company and John O'Groats, Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: October 16, 2019     CENTER FOR DISABILITY ACCESS

                            By:   /s/ Amanda Lockhart Seabock
                                  Amanda Lockhart Seabock
                                  Attorneys for Plaintiff